**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  October 22, 2010

Mr. Jonathan Lee Riches
F.M.C. Lexington
P.O. Box 14500
Lexington, KY 40512

Re:  Case No. 10-6309 *, Spencer Pratt, et al v. Heidi Montag, et al*
Originating Case No. : 10-00426

Dear Mr. Riches,

   This appeal has been docketed as case number **10-6309** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   At this stage of the appeal, the following forms should be completed and mailed to the Clerk's office by **November 22, 2010** .  More specific instructions are printed on each form.

Appellant:  Transcript Order

Appellee:  Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)

   As the appellant, you are responsible for paying the $455.00 filing fee for this appeal to the District Court within **30 days**.  If you cannot pay the fee in one lump sum, you should follow instructions from the District Court so it can determine if the filing fee should be deducted in installments from your prison trust account, pursuant to 28 U.S.C. § 1915(b).  If the District Court rules that your appeal is not taken in good faith, you may renew your motion for pauper status in this Court.  No matter what your choices are, the fee deadline is important because the appeal will be dismissed for want of prosecution if the filing fee is not paid or an application made for installment payments under 28 U.S.C. § 1915(b).

   Since you are representing yourself in this appeal, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original which you have signed.  Copies are no

longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

Appellee counsel will docket pleadings as an ECF filer.  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If counsel has not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

Sincerely yours,

s/Diane Schnur
Case Manager
Direct Dial No. 513-564-7037
Fax No. 513-564-7094

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 10-6309**

SPENCER PRATT

       Plaintiff

 and

JONATHAN LEE RICHES

       Plaintiff - Appellant

v.

HEIDI MONTAG, aka Heather Montag; AMANDA HUGHES, RDAP Drug Treatment
Specialist

       Defendants - Appellees